TRINA A. HIGGINS, United States Attorney (#7349)
KEVIN L. SUNDWALL, Assistant United States Attorney (#6341)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELLE ORTEGA,<br><br>    Defendant. | Case No.  2:17-CR-00605<br><br>MOTION TO UNSEAL SUPERVISED RELEASE PETITION AND WARRANT<br><br>JUDGE TED STEWART |

The United States hereby moves the Court for an Order unsealing the above entitled supervised release petition and warrant as the purpose for their sealing has been met, the defendant has been arrested and is awaiting an initial appearance.

DATED this 7th day of September, 2022.

                                                                TRINA A. HIGGINS
                                                                United States Attorney

                                                                 /S/Kevin L. Sundwall
                                                                KEVIN L. SUNDWALL
                                                                Assistant United States Attorney