IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE ORTEGA,<br><br>Defendant. | Case No. 2:17-CR-00605<br><br>ORDER TO UNSEAL SUPERVISED RELEASE PETITION AND WARRANT<br><br>JUDGE TED STEWART |

Upon consideration of the United States' Motion to Unseal, the United States' motion is GRANTED, and it is hereby ORDERED that the above captioned case be unsealed.

DATED this 7th day of September, 2022.

BY THE COURT:

_/s/ Ted Stewart_
TED STEWART
United States District Court Judge